JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Live Oak Banking Company, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 16-53410 SLJ |
| **Arlene J. Noodleman** | § | |
| **F. Richard Noodleman**, | § | Chapter: 7 |
| | § | |
| Debtors. | § | |

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Live Oak Banking Company, its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Live Oak Banking Company, its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 12/16/2016

McCarthy & Holthus, LLP

By: /s/ Kristin A. Zilberstein, Esq.
Kristin A. Zilberstein, Esq.,
Attorneys for Live Oak Banking Company, its assignees and/or successors

JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Live Oak Banking Company, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Arlene J. Noodleman<br>F. Richard Noodleman,<br><br>Debtors. | Case No. 16-53410 SLJ<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE**<br><br>Judge: Stephen L. Johnson |



Case: 16-53410 Doc# 10 Filed: 12/21/16 Entered: 12/21/16 15:36:39 Page 2 of 3

# CERTIFICATE OF SERVICE

On 12/21/2016, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.SJ.ECF@usdoj.gov

**DEBTOR(S) COUNSEL**
K Keith McAllister
kkmcallister@gmail.com

**TRUSTEE**
Kari Bowyer
trusteebowyer@gmail.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 12/21/2016, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Arlene J. Noodleman, 20420 Pierce Road, Saratoga, CA 95070

F. Richard Noodleman, 20420 Pierce Road, Saratoga, CA 95070

DEBTOR(S) COUNSEL
K Keith McAllister, Law Offices of K. Keith McAllister, P. O. Box 864, Tiburon, CA 94920

TRUSTEE
Kari Bowyer, P.O. Box 700096, San Jose, CA 95170

TRUSTEE COUNSEL
Charles P. Maher, Rincon Law, LLP, 268 Bush St. #3335, San Francisco, CA 94104

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 12/21/2016 /s/ christian Aguilar
christian Aguilar