| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Arlene J. Noodleman** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | **F. Richard Noodleman** | |
| | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | **16-53410** | ✓ Check if this is an amended filing |

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy         4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ✓ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ✓ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ✓ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2   Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ✓ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ✓ Wages, commissions, bonuses, tips | $242,434.90 |
   | | ☐ Operating a business | | ☐ Operating a business | |
   | **For last calendar year:** (January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ✓ Wages, commissions, bonuses, tips | $104,280.00 |
   | | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case: 16-53410    Doc# 19    Filed: 02/14/17    Entered: 02/14/17 09:07:44    Page 1 of 10

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $263,192.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Disability Insurance payments | $54,302.67 | | |
| | Social Security | $24,577.30 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2015) | Federal Tax Refund | $14,694.00 | Federal Tax Refund | |
| | State Tax Refund | $7,808.00 | State Tax Refund | |
| | Disability Insurance payments | $72,036.00 | | |
| | Social Security | $26,811.60 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | Federal Tax Refund | $8,617.00 | Federal Tax Refund | |
| | Disability Insurance payments | $72,036.00 | | |
| | Social Security | $26,811.60 | | |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☐ No. Go to line 7.
   ☑ Yes List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do

| Debtor 1 | Arlene J. Noodleman | | |
|---|---|---|---|
| Debtor 2 | F. Richard Noodleman | Case number (if known) | 16-53410 |

not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No. Go to line 7.
    ☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **First Bank**<br>PO Box 771399<br>St Louis, MO 63177-2399 | 9-19-2016 - $4,334.74<br>10-20-2016 - $4,344.57 | $8,679.31 | $592,502.25 | ☑ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Synchrony Bank**<br>PO Box 965048<br>Orlando, FL 32896-5048 | 11/24/2016, 10/24/2016, 9/24/2016 | $1,029.00 | $9,774.85 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Debtor 1 | Arlene J. Noodleman | | | |
|---|---|---|---|---|
| Debtor 2 | F. Richard Noodleman | | Case number (if known) | 16-53410 |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Nisha Jackson and Rick Jackson vs. Arlene Noodleman,MD andf F. Richard Noodleman, MD<br>16CV36254 | Money owed for business purchase and for outstanding money owed for equipment lease payoffs | Jackson County Circuit Court<br>Justice Bldg<br>Medford, OR 97501-3127 | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Related to Noodleman's purchase from Jackson's of Ventana Wellness business** |
| Noodlemans vs. Lucas Contractual dispute in binding arbitration | Legal malpractice | None | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Preparing for arbitration** |
| Kenneth Iams vs. Frank Richard Noodleman, MD, et al.<br>15CV209253 | Medical malpractice claim | Superior Court of Santa Clara<br>191 N First Street<br>San Jose, CA 95113 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

**Part 5:** **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

| Debtor 1 | Arlene J. Noodleman | | |
|---|---|---|---|
| Debtor 2 | F. Richard Noodleman | Case number *(if known)* | 16-53410 |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ☐ No
    - ☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Jewish Federation<br>14855 Oka Rd<br>Los Gatos, CA 95032 | Check for $6,000.00 | 12/30/2015 | $6,000.00 |

### Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ☑ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| K. Keith McAllister<br>P.O. Box 864<br>1616 Tiburon Blvd., Suite E-4<br>Tiburon, CA 94920<br>kkmcallister@g.mail.com<br>Ventana Wellness, PC, owned by Debtors | Attorney Fees re Ventana business turnaround and possible corporate bankruptcy, for FRN, MD, PC for business turnaround and possible corporate bankruptcy, and for possible personal bankruptcy for debtors herein | 9-15-2016 | $5,000.00 |
| K. Keith McAllister<br>P.O. Box 864<br>1616 Tiburon Blvd., Suite E-4<br>Tiburon, CA 94920<br>kkmcallister@g.mail.com<br>Ventana Wellness, PC | Attorney Fees Attorney Fees re Ventana business turnaround and possible corporate bankruptcy, for FRN, MD, PC for business turnaround and possible corporate bankruptcy, and for possible personal bankruptcy for debtors herein | 10-10-2016 | $3,750.00 |
| K. Keith McAllister<br>P.O. Box 864<br>1616 Tiburon Blvd., Suite E-4<br>Tiburon, CA 94920<br>kkmcallister@g.mail.com<br>Ventana Wellness, PC | Attorney Fees Attorney Fees re Ventana business turnaround and possible corporate bankruptcy, for FRN, MD, PC for business turnaround and possible corporate bankruptcy, and for possible personal bankruptcy for debtors herein | 11-19-2016 | $3,600.00 |

| Debtor 1 | Arlene J. Noodleman | | | |
|---|---|---|---|---|
| Debtor 2 | F. Richard Noodleman | Case number (if known) | 16-53410 | |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| K. Keith McAllister<br>P.O. Box 864<br>1616 Tiburon Blvd., Suite E-4<br>Tiburon, CA 94920<br>kkmcallister@g.mail.com<br>FRN, MD, PC | Attorney Fees re Noodleman personal bankruptcy | 11-21-2016 | $3,556.75 |
| K. Keith McAllister<br>P.O. Box 864<br>1616 Tiburon Blvd., Suite E-4<br>Tiburon, CA 94920<br>kkmcallister@g.mail.com<br>Ventana Wellness, PC | Attorney Fees re Noodleman personal bankruptcy | 11-29-2016 | $3,802.50 |
| K. Keith McAllister<br>P.O. Box 864<br>Tiburon, CA 94920 | Attorney Fees re Ventana possible corporate bankruptcy and for personal bankruptcy for debtors herein | 11-29-2016 | $5,335.00 |
| K. Keith McAllister<br>P.O. Box 864<br>Tiburon, CA 94920 | Attorney fees re Noodleman personal bankruptcy and for the Chapter 7 filing fee | 11-30-2016 | $7,619.25 |
| K. Keith McAllister<br>P.O. Box 864<br>Tiburon, CA 94920 | Attorney fees re Noodleman personal bankruptcy | 11-30-2016 | $1,676.00 |
| www.prebk.com<br>CA | on-line credit counseling course charge for both debtors | 11-29-2016 | $29.90 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page **6**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-53410    Doc# 19    Filed: 02/14/17    Entered: 02/14/17 09:07:44    Page 6 of 10

| Debtor 1 | Arlene J. Noodleman |
|---|---|
| Debtor 2 | F. Richard Noodleman |

Case number (if known) 16-53410

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ☐ No
    ☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Charles Schwab<br>wwwSchwab.com | XXXX-9774 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **IRA Account for Richard Noodleman** | **Transferred by rolling back to IRA with balance of $64,538.76 into ARISA 401K on 12-1-2016** | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
    ☐ No
    ☑ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Wells Fargo<br>14428 Big Basin Way<br>Sartaoga, CA 95070 | spouse | Valuable papers (birth certifictes, etc). No cash or stocks | ☐ No<br>☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
    ☑ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
    ☐ No
    ☑ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Ventana Wellness, PC<br>20420 Pierce Road<br>Saratoga, CA 95070 | P.O. Box 320038<br>Los Gatos, CA 95032<br>FF&E Location: Public Storage Unit in<br>Medford, OR | Jointly in possession of the Ventana Wellness PC corporate, banking and other business records, accounts receivable, bank account balance and furniture, fixtures and equipment | $433,735.70 |

| Debtor 1 | Arlene J. Noodleman | | Case number (if known) | 16-53410 |
| --- | --- | --- | --- | --- |
| Debtor 2 | F. Richard Noodleman | | | |

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |
| F. Richard Noodleman, MD, PC<br>20420 Pierce Road<br>Saratoga, CA 95070 | P.O. Box 320038<br>Los Gatos, CA 95032<br>FF&E Location: 3803 So. Bascom Ave., #200<br>Campbell, CA 95008 | Jointly in possession of the F. Richard Noodleman, M.D., PC corporate, banking and other business records, accounts receivable, bank account balance and furniture, fixtures and equipment | $100,034.58 |
| Revercel, LLC<br>20420 Pierce Road<br>Saratoga, CA 95070 | P.O. Box 320038<br>Los Gatos, CA 95032<br>FF&E Location:<br>Public Storage Unit<br>155 E. Sunnyoak Ave.<br>Campbell, CA 95008 | Jointly in possession of Revercel, LLC corporate, banking and other business records, accounts receivable, bank account balance and furniture, fixtures and equipment, trademark and goodwill | $116,885.22 |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

| Debtor 1 | Arlene J. Noodleman | | |
|---|---|---|---|
| Debtor 2 | F. Richard Noodleman | Case number (if known) | 16-53410 |

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| Age Defying Dermatology<br>3803 S. Bascom Ave.<br>Campbell, CA 95008 | Health care, dermatology<br><br>Joe Kalinowski, CPA<br>165 Lennon Lane, #200<br>Walnut Creek, CA 94598 | EIN:<br>From-To | 94-2764711<br>2000-3/2008 |
| | Jim Parks<br>333 West Santa Clara St., #920<br>San Jose, CA 95113 | | 4/2008-2014 |
| | Joe Kalinowski, CPA<br>165 Lennon Lane, #200<br>Walnut Creek, CA 94598 | | 2015-2016 |
| | Michael A. Haas, CPA<br>3835 Cypress Dr., #204<br>Petaluma, CA 94954 | | 2017 |
| Ventana Wellness<br>3156 State Street<br>Medford, OR 97524 | Health care services<br><br>Joe Kalinowski, CPA<br>165 Lennon Lane, #200<br>Walnut Creek, CA 94598 | EIN:<br>From-To | 93-1250119<br>2015-2016 |
| Revercel<br>3803 S. Bascom Ave.<br>Campbell, CA 95008 | Skin care products<br><br>Joe Kalinowski, CPA<br>165 Lennon Lane, #200<br>Walnut Creek, CA 94598 | EIN:<br>From-To | 43-1990712<br>2000-3/2008 |
| | Jim Parks<br>333 West Santa Clara St., #920<br>San Jose, CA 95113 | | 4/2008-2014 |
| | Joe Kalinowski, CPA<br>165 Lennon Lane, #200<br>Walnut Creek, CA 94598 | | 2015-2016 |
| | Michael A. Haas, CPA<br>3835 Cypress Dr., #204<br>Petaluma, CA 94954 | | 2017 |

| Debtor 1 | Arlene J. Noodleman | | Case number (if known) | 16-53410 |
|---|---|---|---|---|
| Debtor 2 | F. Richard Noodleman | | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☑ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Joseph E. Kalinowski, CPA/PFS<br>165 Lennon Lane, Suite 200<br>Walnut Creek, CA 94598 | 2015 and 2016 |
| California Skin Institute<br>2420 Samaritan Drive<br>AZ 85124 | 2016 |
| Live Oak Bank<br>1741 Tiburon Drive<br>Wilmington, NC 28403 | 2015 and 2016 |
| ~~Ron Goldman, Esq.~~<br>~~55 Main Street~~<br>~~Belvedere Tiburon, CA 94920~~ | |
| Rick & Nisha Jackson<br>RNN Properties<br>2640 E. Barnett Road, #E-431<br>Medford, OR 97504 | 2015 |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Arlene Noodleman  
**Arlene J. Noodleman**  
**Signature of Debtor 1**

Date 02/13/2017

/s/ Frank Richard Noodleman  
**F. Richard Noodleman**  
**Signature of Debtor 2**

Date 02/13/2017

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).