Michelle R. Ghidotti-Gonsalves, Esq. (232837)
Kristin A. Zilberstein, Esq. (200041)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. Ste. 206
Anaheim Hills, CA 92807
Tel: (949) 354-2601
Fax: (949) 200-4381
kzilberstein@ghidottilaw.com

Attorneys for Live Oak Banking Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 16-53410 |
| Arlene Joy Noodleman | CHAPTER 13 |
| Frank Ricahrd Noodleman | **SUBSTITUTION OF ATTORNEY** |
| Debtors. | |
| | Honorable Stephen L. Johnson |

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS AND COUSNEL OF RECORD, THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES**

1. The name of the party making this Substitution of Attorney is Kristin A. Zilberstein, Esq.

2. The name, address and telephone number of the New Attorney of Record for Movant are:

1

Case: 16-53410    Doc# 52    Filed: 07/14/17    Entered: 07/14/17 16:49:42    Page 1 of 4

```
 1    LAW OFFICES OF MICHELLE GHIDOTTI
      Kristin A. Zilberstein, Esq.
 2    5120 E. La Palma Ave. Ste. 206
      Anaheim Hills, CA  92807
 3    Tel: (949) 354-2601
      Fax: (949) 200-4381
 4
 5        3.    The New Attorney of Record is now substituted in as attorney of record Kristin

 6    A. Zilberstein, Esq. in place and stead of the Former Attorney of Record:

 7            McCarthy & Holthus, LLP
              1770 Fourth Avenue
 8            San Diego, CA 92101
              Phone (877) 369-6122
 9            Fax (619) 685-4811
              Email: bknotice@mccarthyholthus.com
10
11    I HEREBY CONSENT TO THE ABOVE SUBSTITUTION.
12
13                                   THE LAW OFFICES OF MICHELLE
                                     GHIDOTTI
14
15    Dated:  July 14, 2017           By:/s/ Kristin A. Zilberstein
                                      Kristin A. Zilberstein, Esq.
16
17
18
19
20    Dated: July 14, 2017           MCCARTHY & HOLTHUS, LLP
21
22                                   JaVonne Phillips, Esq.
23
24
25
26
27
28
                                      2
                            SUBSTITUTION OF ATTORNEY
```

Case: 16-53410    Doc# 52    Filed: 07/14/17    Entered: 07/14/17 16:49:42    Page 2 of 4

1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2 | Jennifer R. Bergh, Esq. (SBN 305219)
   | LAW OFFICES OF MICHELLE GHIDOTTI
3 | 5120 E. LaPalma Ave., Suite 206
   | Anaheim, CA 92807
4 | Ph: (949) 354-2601
   | Fax: (949) 200-4381
5 | mghidotti@ghidottilaw.com
6 |
   | Attorney for Creditor
7 | Live Oak Banking Company
8 |
9 |                  UNITED STATES BANKRUPTCY COURT
10 |         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In Re:                                    )   CASE NO.: 16-53410
                                          )
Arlene Joy Noodleman and Frank Richard    )   CHAPTER 7
Noodleman,                                )
                                          )   **CERTIFICATE OF SERVICE**
         Debtors.                         )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
_____  )

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On July 14, 2017 I served the following documents described as:

- **SUBSTITUTION OF ATTORNEY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Arlene Joy Noodleman<br>20420 Pierce Road<br>Saratoga, CA 95070 | **Chapter 7 Trustee**<br>Kari Bowyer<br>P.O. Box 700096<br>San Jose, CA 95170 |
|---|---|
| **Joint Debtor**<br>Frank Richard Noodleman<br>20420 Pierce Road<br>Saratoga, CA 95070 | **Trustee's Counsel**<br>Charles P. Maher<br>Rincon Law, LLP<br>268 Bush St. #3335<br>San Francisco, CA 94104 |
| **Debtors' Counsel**<br>K Keith McAllister<br>Law Offices of K. Keith McAllister<br>P. O. Box 864<br>Tiburon, CA 94920 | **U.S. Trustee**<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

_ xx ___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__ xx _(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on July 14, 2017 at Anaheim, California

_/s / Jeremy Romero_
Jeremy Romero